UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                              )
                                                    )          CASE NO. 13-36144-KLP
Sarah Louise Graves                                            CHAPTER 13


APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

Linda D. Jennings, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of **$900.00**

1. The filing of a post-confirmation modified plan on **07/03/2014** pursuant to the trustee's motion to dismiss on **07/14/2014**

2. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **09/5/2014**

3. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **02/09/2015**.

4. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

5. The Attorney is the sole provider of legal services to the Debtor(s).

6. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

7. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

                                                    Respectfully Submitted,

                                                    /s/ Robert B. Duke, Jr.
                                                    Robert B. Duke, Jr.  (VSB#74070)
                                                    Attorney for Debtor
                                                    America Law Group, Inc.
                                                    207 A South Main Street
                                                    Blackstone, VA  23824
                                                    Tel:  434-292-6529
                                                    Fax: (804) 518-5121

Certificate of Service

I certify that I on **04/13/2015,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                         )
                                               )    CASE NO.  13-36144-KLP
  Sarah Louise Graves                          CHAPTER 13


          Debtor(s)
PO Box 82
Kenbridge, VA 23944

_____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any)[4964]_____

NOTICE OF MOTION

    Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $900.00 for services rendered.  The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

    **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **04/27/2015 (14 days)** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will receive it on or before the date stated above:

        United States Bankruptcy Court
        701 E. Broad Street
        Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
Address of attorney for the Debtor(s):

/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr.  (VSB#74070)
Attorney for Debtor
America Law Group, Inc.
207 A South Main Street
Blackstone, VA  23824
Tel:  434-292-6529
Fax: (804) 518-5121

Address of Chapter 13 Trustee:
Suzanne E. Wade, P.O. Box 1780, Richmond, VA 3219-1780


**04/13/2015**                              /s/ Robert B. Duke, Jr.
Robert B. Duke, Jr.  (VSB#74070)
Attorney for Debtor
America Law Group, Inc.
207 A South Main Street
Blackstone, VA  23824
Tel:  434-292-6529
Fax: (804) 518-5121

PROOF OF SERVICE

I certify that I on **04/13/2015,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Robert B. Duke, Jr.


**Parties served:**

Suzanne E. Wade
P. O. Box 1780
Richmond, VA 3218-1819

Sarah Louise Graves
Debtor(s)
PO Box 82
Kenbridge, VA 23944

**NAME AND ADDRESSES OF CREDITORS**

**Account Resolution Cor**
700 Goddard Ave
Chesterfield, MO 63005-0000

**Advance America**
1365 S. Main Street
Blackstone, VA 23824-0000

**Afni**
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701-0000

**AMCA**
PO Box 1235
Elmsford, NY 10523-0935

**American InfoSource LP as agent for**
DIRECTV, LLC
Mail Station N387
2230 E Imperial Hwy
El Segundo, CA 90245

**AT&T**
PO Box 536216
Atlanta, GA 30353-0000

**AT&T Mobility II LLC**
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

**BB& T**
Po Box 1847
Wilson, NC 27894-0000

**Benchmark Community Bank**
Benchmark Community Bank
Po Box 569, Attn: Bankruptcy
Kenbridge, VA 23944-0000

**Billy Auto Service**
110 E 7th St.
Kenbridge, VA 23944-0000

**Cash Advance**
705 East Atlantic Street
South Hill, VA 23970-0000

**Centra Southside Community Hos**
800 Oak St
Farmville, VA 23901-0000

**Central Virginia Health Servic**
P O Box 220
New Canton, VA 23123-0000

**Century Link**
PO Box 1319
Charlotte, NC 28201-0000

**Cmh Er Physicians**
Po box 12039
Daytona Beach, FL 32120-0000

**Comcast**
3326 Halifax Road
South Boston, VA 24592-0000

**Commonwealth Dentistry**
600 W Virginia Ave
Crewe, VA 23930-0000

**Commonwealth Radiology, PC**
1508 Willow Lawn Drive Ste 117
Richmond, VA 23230

**Community Memorial Health Cent**
PO Box 90
South Hill, VA 23970-0000

**Credit Acceptance**
25505 W 12 Mile Rd
Suite 3000
Southfield, MI 48034

**Credit Business Servic**
Po Box 4127
Ft. Walton Beach, FL 32549-0000

**Credit Control Corp**
11821 Rock Landing Dr
Newport News, VA 23606-0000

**Creditors Collection S**

Po Box 21504
Roanoke, VA 24018-0000

**Direct TV**
PO Box 78626
Phoenix, AZ 85062-0000

**Direct TV**
PO Box 9001069
Louisville, KY 40290-0000

**Dish Network**
Po Box 105169
Atlanta, GA 30348-0000

**Diversified Consultant**
10550 Deerwood Pk Blvd Ste708
Jacksonville, FL 32256-0000

**Express Check Advance**
825 West Danville Street
South Hill, VA 23970-0000

**First Citizens Bank**
PO Box 27131
Raleigh, NC 27611-0000

**First Premier Bank**
3820 N Louise Ave
Sioux Falls, SD 57107-0000

**Focus Recovery Solutions**
Attn: Bankruptcy
9701 Metropolitan Court Ste B
Richmond, VA 23236-0000

**Hawkeye Adj**
2300 Pierce St
Sioux City, IA 51104-0000

**Hometown Rentals**
1441 S Main St
Blackstone, VA 23824-0000

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

**J L Walston & Associat**
326 S Main St
Emporia, VA 23847-0000

**K. W. Morris DDS**
PO Box 599
South Hill, VA 23970-0000

**LCA Collections**
PO Box 2240 Burlington
Burlington, NC 27216-0000

**Loan Max**
2010 Boulevard
Colonial Heights, VA 23834-0000

**Lunenburg County**
Amona W. Currin
11512 Courthouse Rd
Lunenburg, VA 23952-0000

**Lunenburg Medical Center**
1853 K.V Road
Victoria, VA 23974-0000

**Michael Wayne Investments**
2900 Sabre St. Suite 75
Virginia Beach, VA 23452-0000

**Progressive Therapy Inc**
1412 W 3rd St
Farmville, VA 23901-0000

**Progressive Therapy, Inc.**
c/o Jill C. Dickerson, Atty at Law
117 North Main Street
Farmville, VA 23901

**Shentel**
PO Box 459
Edinburg, VA 22824

**Social Security**
1500 Woodlawn Drive
Baltimore, MD 21241-0000

**Southern Dominion Health**
PO Box 70
Victoria, VA 23974-0000

**Southside Hospital**
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

**Stern & Associates**
415 N Edgeworth St Ste 2
Greensboro, NC 27401-0000

**US Cellular**
Dept. 0205
Palantine, IL 60055-0205

**Verizon**
PO Box 25505
Lehigh Valley, PA 18002-5505

**Wachovia**
PO Box 7558
Philadelphia, PA 19101-0000

**Wells Fargo Bank**
PO Box 63491 MAC A0143-042
San Francisco, CA 94163