# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF VIRGINIA

### Richmond Division

### OMNIBUS WITHDRAWAL AND SUBSTITUTION OF Counsel

PLEASE TAKE NOTICE that Richard J Oulton Esquire who is employed with America Law Group, Inc. is withdrawing from the following cases, all cases wherein he is the attorney, therefore his appearance in the attached cases is hereby withdrawn and Brian K Stevens, Esquire who is also employed with America Law Group, Inc. is substituted therein as counsel of record.

Dated:   November 16, 2016

                                                          Respectfully submitted,
                                                          By: /s/ Brian K Stevens
                                                          Brian K Stevens VSB#25974
                                                          America Law Group, Inc.
                                                          2312 Boulevard
                                                          Colonial Heights VA 23834
                                                          Phone: (804) 520-2428

Seen and Agreed to:

/s/Richard J Oulton

Richard J Oulton, VSB#29640

### LOCAL RULE 9022-1 (C) CERTIFICATION

COMES NOW the Debtor, by counsel and pursuant to Local Rule 9022-1(C)(1) advises the Court that the foregoing Order has been endorsed by all the necessary parties.

                                                          /s/ Brian K. Stevens

CASES:

| | |
|---|---|
| 13-30035-KLP | Carl Lee Bright and Nancy Ann Bright |
| 13-30125-KRH | Anthony Jerome Peebles and Regina Mae Peebles |
| 13-30317-KLP | Scherrell Marie Battle |
| 13-30335-KRH | Nancy Mann Marsh |
| 13-30336-KLP | Janice Marie Mason |
| 13-30345-KRH | Shenea Lavione Lynch |
| 13-30556-KLP | Tracey Michelle Johnson |
| 13-30583-KLP | Benjamine Lee Rosier |
| 13-30703-KRH | Nicole Angela Lacy |
| 13-30880-KLP | David Warren, II and Carolyn Warren |
| 13-30882-KRH | Eric Lamont Fields |
| 13-30953-KLP | Tomara Marshall Ridley |
| 13-30956-KLP | Shaun Thomas Morrice |
| 13-31136-KLP | Stephen Lyndell Vaughan |
| 13-31219-KRH | Shawn C. Burton |
| 13-31285-KLP | Melissa Lee Ouelette |
| 13-31290-KRH | Wallace Hoy Twombly and Dawn Elaine Twombly |
| 13-31305-KLP | Jeanette Garnes |
| 13-31323-KLP | Alice Mae Smith |
| 13-31364-KLP | Lisa Michelle Dove |
| 13-31499-KRH | Angel Glinita Moore |
| 13-31554-KLP | Lakisha Denise Mitchell |
| 13-31555-KLP | Kathy Jean Ragsdale |
| 13-31557-KLP | Lucinda Moore Abendschein |
| 13-31560-KRH | Thomas M. Kremski and Peggy J. Kremski |
| 13-31631-KLP | Kelvin Maurice Johnson |
| 13-31667-KRH | Eric Nathaniel Jones, Sr and Cathyee Kimberly Jones |
| 13-31686-KRH | Marilyn K. Cheely |
| 13-31822-KRH | Fernando R Collins |
| 13-31825-KLP | Russell LaMar Peterson, Sr. and Tracia Christian Peterson |

| | |
|---|---|
| 13-31863-KRH | James H Oliver, Jr and Marie L Oliver |
| 13-31865-KLP | Sharna Monique Evans |
| 13-31938-KRH | Francis Gregory Biondo |
| 13-31999-KLP | John Franklin Clemens, Jr and Rebecca Anne Clemens |
| 13-32046-KLP | Orry Wayne McCabe |
| 13-32117-KRH | Melinda Lee Taylor |
| 13-32144-KLP | Dorothy M Gardner |
| 13-32319-KRH | Samuel Alexander Smith |
| 13-32393-KRH | Charles Kenneth Melton |
| 13-32394-KRH | Steven W. Garland and Fannie Florean Garland |
| 13-32470-KLP | Eyser L. Owens and Joan A. Owens |
| 13-32666-KLP | Tara High Wilson |
| 13-32708-KRH | Shelley M. Martin |
| 13-32893-KLP | Karen Jenkins Newcomb |
| 13-32942-KLP | George Hardy, Jr. and Emma Geneva Hardy |
| 13-32979-KLP | Brandon Edward Hendrick and Norah Ann Hendrick |
| 13-33078-KLP | Polly Sorg Jones |
| 13-33173-KLP | Kevin James Wright |
| 13-33227-KLP | Jacquelin Taylor Riley |
| 13-33258-KLP | JoEllen Robertson |
| 13-33392-KLP | Debbie Denise Hawthorne |
| 13-33394-KLP | John Raymond Barnette |
| 13-33710-KRH | Damien Maurice Hargrove |
| 13-33718-KLP | Mary Eva Dennis |
| 13-33780-KLP | Marcus William Eppes and Jessica Nicole Eppes |
| 13-34060-KLP | Darius Donte Trusty |
| 13-34104-KLP | Michael Lander Jarrett |
| 13-34162-KRH | Ryan Deonte Pegram |
| 13-34164-KLP | Antoine Lamont Davis |
| 13-34285-KRH | Charles Edward Hudson, Jr. and Kimberly Alyene Hudson |
| 13-34492-KRH | Mary Walker Evans |
| 13-34517-KRH | Taharia Aisha Stevens |
| 13-34518-KLP | David Keith Franklin and Queen Victoria Franklin |

| | |
|---|---|
| 13-34521-KRH | Charles Kermit Young, III and Barbara Michelle Young |
| 13-34525-KRH | Tyrone Burch |
| 13-34526-KRH | Leslie Lynette Henry |
| 13-34653-KRH | Michele Marie Tilkey |
| 13-34654-KRH | Darryl Blaine Stafford and Iris Felicia Stafford |
| 13-34791-KRH | Crystal Kamisa Williams |
| 13-34859-KLP | Sharon Leonda Jordan |
| 13-34907-KRH | Oliver James Johnson, Jr. |
| 13-35003-KRH | Kenneth Lewis Jarrett |
| 13-35029-KRH | Wayne Taylor and Linda Wiggins Taylor |
| 13-35082-KLP | Tina M Wyatt |
| 13-35181-KLP | Virginia Lynn Vaughan-Maclin |
| 13-35182-KLP | Mittie Elnora Taylor |
| 13-35327-KRH | Rhonda Sue Jones |
| 13-35349-KLP | Lewis O. Taylor |
| 13-35350-KRH | Jeffrey Keith Hamby and Julie Johnson Hamby |
| 13-35368-KLP | Patricia T. Easter and Burt A. Easter |
| 13-35483-KRH | Courtney Denise Robinson |
| 13-35588-KRH | Frances C. Plummer |
| 13-35594-KRH | Lloyd Randolph Vaughan, Jr. |
| 13-35637-KRH | Connie L. Russell |
| 13-35695-KRH | Blake Cameron Watson and Jessica Childress Watson |
| 13-35721-KLP | Timberley C Smith |
| 13-35725-KRH | Elizabeth J.H. Tejada |
| 13-35744-KLP | Theila M. Parrish |
| 13-35745-KLP | Antwaine Germode Taylor and Shelandice Rainey Taylor |
| 13-35760-KLP | Crystal Marie Jefferson |
| 13-35901-KRH | Mildred Thomas Woodley |
| 13-35902-KLP | Tiandra Sade Smith |
| 13-35903-KLP | Cleveland Huggins and Sarah Virginia Huggins |
| 13-35926-KLP | Willie Mack Bugg and Katrinka Elaine Smith |
| 13-36131-KLP | Brandon Lamont Chambliss |
| 13-36144-KLP | Sarah Louise Graves |
| 13-36151-KRH | Deborah Ann Harrison |

| | |
|---|---|
| 13-36295-KLP | Valerie H Seaborne |
| 13-36362-KRH | Oneka LeeAnn Norton |
| 13-36488-KRH | Shuan Lamar Sparks, Sr. and Chantel Nicole Sparks |
| 13-36547-KLP | Nekondah Ann Washington |
| 13-36593-KRH | Kevin Scott Crenshaw and Kathryn Arney Crenshaw |
| 13-36731-KRH | Renee Gail Feggins |
| 13-36752-KLP | Roberta Angela Cheilchani |
| 13-36791-KLP | Wendy Deniece Morris |
| 13-36794-KRH | Orlando Gene Gatling and Rhonda Terrell Thompson-Gatling |
| 14-30016-KRH | Joseph R. Stone and Roselyn C. Stone |
| 14-30047-KRH | Kenneth Wayne Stables and Debbie Daly Stables |
| 14-30069-KLP | Alicia B. Fleitas |
| 14-30099-KLP | James J. Cypress and Chrissy M. Cypress |
| 14-30229-KLP | Lisa Ann Brown |
| 14-30278-KRH | Mary C. Francis |
| 14-30401-KRH | Dwayne C. Walker |
| 14-30525-KRH | Donald Duane Smith, Jr. |
| 14-30540-KRH | Lesonti Powell |
| 14-30717-KRH | BJ Lafferty and Teresa A. Lafferty |
| 14-30734-KRH | Sean Matthew Medeiros |
| 14-30857-KLP | Sherri Adele Walker |
| 14-30956-KLP | Lisa Dianne Tucker |
| 14-30985-KLP | Bert Parham, III |
| 14-31033-KLP | Anthony Andrea Watson |
| 14-31153-KRH | Linda A. Durham |
| 14-31267-KLP | Danielle Newbill |
| 14-31279-KRH | Monica C. Trusty |
| 14-31313-KRH | Roy Roger Coles, Jr. and Beverly Marie Coles |
| 14-31371-KLP | Alesia Desiree Nichols |
| 14-31397-KLP | Letricia R. Logan |
| 14-31447-KRH | Edward L. Blackwell, Sr. |
| 14-31621-KRH | Ellen Marie Hunter |
| 14-31762-KRH | Richard Charles Smart and Terre Ann Smart |

| | |
|---|---|
| 14-31766-KRH | James Baxter Belvin, Jr and Katherine Lynn Belvin |
| 14-31898-KLP | Vernon Freeman Murr and Frances Jarratt Murr |
| 14-32023-KLP | John Charles Wertenberger, Jr. |
| 14-32065-KRH | Kimberly Abernathy Maitland |
| 14-32118-KLP | Teddy B. Goodrich and Debra M. Goodrich |
| 14-32221-KRH | Jorge H Estrada and Betty W Estrada |
| 14-32222-KRH | Kimberly Renee Johnson-Craigen |
| 14-32239-KRH | Lacy J. Fowlkes |
| 14-32328-KRH | Loretta JoAnn Taylor |
| 14-32456-KLP | Kem R. Smith |
| 14-32501-KLP | Patricia Arlene Akers |
| 14-32502-KLP | Yolanda Arlene Akers |
| 14-32519-KLP | Sunshine B. Booker |
| 14-32531-KLP | Tanya Michelle Levine |
| 14-32532-KLP | Leroy Eldred Simmons, Jr. and Carolyn Ann Simmons |
| 14-32616-KRH | Tawanda M. Robinson |
| 14-32638-KRH | Barbara K Daniel |
| 14-32640-KRH | Laura L Flynn |
| 14-32672-KRH | Gale S. Legassey |
| 14-32785-KRH | Sabrina C. Cook |
| 14-32786-KRH | Tiarra Philadelphia Graves |
| 14-32806-KLP | Karen Y Thomas |
| 14-32808-KRH | Aaron Carlton Chambers |
| 14-33018-KLP | Mary Angela Artis |
| 14-33080-KLP | Franklin L. Parran and Penny H. Parran |
| 14-33103-KRH | Sean E. Gayles |
| 14-33127-KLP | Kendall Lemont Brooks |
| 14-33138-KLP | Anthony Lamont Thomas and Wendy Elizabeth Thomas |
| 14-33282-KLP | Brian Andrew Krupa and Mardel Florence Krupa |
| 14-33298-KRH | Marcus A. Coles and Angela H. Coles |
| 14-33343-KRH | Daphine Leigh Fisher |
| 14-33379-KRH | Rodney B. Dunning |

| Case | Name |
|---|---|
| 14-33437-KLP | Dawud Muhsin Bilal and Debra Denise Bilal |
| 14-33635-KLP | David Paschal Makhanlall and Savitri Devi Makhanlall |
| 14-33637-KRH | Hosea Lewis Turner, Jr. |
| 14-33787-KLP | Brigitte Wyatt |
| 14-33810-KLP | Jasmin E. Coleman |
| 14-33841-KRH | Robert R. Marshall |
| 14-33896-KLP | Odell L. Fields |
| 14-33902-KRH | Thelma Williams Thomas |
| 14-33935-KRH | Mary JoAnne Fowlkes |
| 14-33938-KLP | Bennie E. Pulliam, Jr. and Ruth E. Pulliam |
| 14-34045-KRH | Regenia Dorethea Clanton |
| 14-34117-KLP | Glenda K. Vaughan |
| 14-34161-KRH | Theodore F Johnson and Patricia M. Johnson |
| 14-34178-KLP | Patricia Ann Davis |
| 14-34259-KRH | Clyde A. Moore |
| 14-34315-KLP | Bonita Jeanne Donovan |
| 14-34489-KRH | Ben M. Lingerfelt and Grace M. Lingerfelt |
| 14-34591-KLP | Priscilla Ann Jones |
| 14-34686-KLP | Harry L. Jackson, Sr. |
| 14-34710-KRH | Charles Phillips, III and Tina Patrice Phillips |
| 14-34851-KRH | Taneka Leshae Taylor |
| 14-34862-KRH | James Duain Blake, Jr. and Rebecca Hooper Blake |
| 14-34925-KRH | Toshie Kina Bishop |
| 14-34978-KLP | Michael Lewis Wadford |
| 14-34984-KLP | David G. Abramowski |
| 14-35110-KLP | Lawrence Orlando Thigpen, Jr. |
| 14-35228-KLP | Phyllis D. Taylor |
| 14-35242-KLP | Marie Johnson Pendleton |
| 14-35351-KLP | Marquis J. Johnson |
| 14-35424-KRH | Renay Jeter Durham |
| 14-35429-KLP | William Ellis Milliron and Madona Irene Milliron |
| 14-35521-KRH | Hampton Blanding, Jr. and Carolyn Lavern Blanding |
| 14-35522-KRH | Raymond Leonard Stull, III and Nicole Renee Stull |

| | |
|---|---|
| 14-35563-KRH | Schantel K. Smith |
| 14-35571-KLP | Neal C. Graves |
| 14-35586-KLP | Gwendolyn C Hite |
| 14-35666-KLP | Angela Barrow Gray |
| 14-35667-KLP | Robert Eugene Miller and Bobbie Christian Miller |
| 14-35907-KLP | Thomas Edward Gibbs, Jr. and Jackie Laine Gibbs |
| 14-35932-KRH | Valarie Arnita Jones |
| 14-36070-KLP | Jessica L. Snipes |
| 14-36072-KRH | Heather Dawn Brown |
| 14-36083-KLP | Charlotte Diann Meredith |
| 14-36084-KLP | Calvin Lee Williams, Sr. |
| 14-36095-KLP | Gene Raymond Taylor, Jr. and Ashley Dawn Jibben |
| 14-36279-KLP | Cherhyl Dianne Smith |
| 14-36355-KLP | Michael Dean Haswell and Pauline S Haswell |
| 14-36412-KRH | Cornelius Bernard Thompson |
| 14-36507-KLP | Evelyn O. Coleman |
| 14-36563-KLP | Sharyn G. Crosby |
| 14-36626-KLP | Wallace Joe Akers |
| 14-36637-KLP | Philip Francis Arrington, Jr. and Samantha Ann Arrington |
| 14-36663-KRH | Tiffany Brandy Rodgers |
| 14-36682-KRH | Sophia M. Garner |
| 14-36685-KRH | Porcha C. Burton |
| 14-36687-KRH | Gerald Edward Daniels and Rebecca Vaughan Daniels |
| 14-36712-KLP | Brian T. Wise |
| 14-36816-KRH | Brenda Dean Braxton |
| 14-36819-KRH | Stevie Lee Roby and Lillian Elberta Roby |
| 14-36838-KRH | Carmelita Yvette Seaborn |
| 15-30046-KRH | Cheryl Anita Webster |
| 15-30103-KRH | Tonya Monique Alexander |
| 15-30249-KRH | Cheryl A. Haskins |
| 15-30252-KRH | Miko Briddell Givens |
| 15-30271-KLP | Juanita Parham Jenifer |
| 15-30368-KLP | Karl Massenburg |
| 15-30539-KLP | Christopher A. Major and Bobbie Jo Major |
| 15-30607-KRH | Timbra Lynn Geedy |

| | |
|---|---|
| 15-30609-KRH | Brenda Marie Arrington |
| 15-30626-KRH | Charlene Renay Jones |
| 15-30627-KLP | Alphonso Vernon Smith |
| 15-30628-KLP | James Edward Wheeler |
| 15-30705-KRH | Darryl P. Epps, Sr. |
| 15-30768-KLP | Tracey Carnes Temple |
| 15-30769-KLP | Paul M Jenifer |
| 15-30919-KRH | Rochelle Brittiany Barnes |
| 15-31098-KLP | Kenneth Leonell Thweatt and Vonda Rose Thweatt |
| 15-31191-KLP | Genera Juantez Layton |
| 15-31333-KRH | Gerald F. Todt, Jr. and Frances O. Todt |
| 15-31342-KRH | Linda Marie Jennings |
| 15-31344-KRH | Vanessa Gayle Perkins |
| 15-31586-KLP | Clarence Michael Gray |
| 15-31643-KRH | Waverly A. Davis |
| 15-31732-KRH | Edward Craig Hierholzer |
| 15-31736-KRH | Mildred H. Evans |
| 15-31774-KRH | Christopher T. Hurt |
| 15-31822-KRH | Joseph Ray Thompson, Sr. |
| 15-31845-KLP | Troy A. Jones |
| 15-32046-KRH | Jamall Cedrick White |
| 15-32099-KLP | Wallace Lee Wesson, Sr. and Denise Rannae Wesson |
| 15-32191-KRH | Jane Hamlett Drinkwater |
| 15-32348-KRH | Kimberly Ingram Moyers |
| 15-32436-KRH | Nakai L. Patterson, Sr. and Latrice Da'mon Patterson |
| 15-32510-KLP | Edith M. Boyd |
| 15-32554-KLP | Darryl L Hayes and Shawunda T Hayes |
| 15-32620-KLP | Delia Shardae Jefferson |
| 15-32692-KLP | Robert Scott Walters |
| 15-32857-KLP | John Clyde Johnson |
| 15-33179-KLP | Melissa D Mason |
| 15-33360-KLP | Billy West White and Darlene Means White |
| 15-33587-KLP | Michele Crutchfield |
| 15-33658-KLP | Najala Eleathea Clarke |
| 15-33736-KRH | Robin L Crayton |
| 15-33768-KRH | Annie Mae Anthony |
| 15-33811-KRH | Theresa Louise Bell |

| Case | Name |
|---|---|
| 15-33845-KRH | Richard A Pleasant and Tiffany B Pleasant |
| 15-33869-KRH | Dora Denise Hardy |
| 15-34125-KLP | John Milton Davis and Diane Davis |
| 15-34126-KRH | Michelle Yvette Tisdale |
| 15-34128-KLP | Amanda H Franklin |
| 15-34214-KRH | Bertha Mae Booth |
| 15-34215-KLP | Joanna B Bartley |
| 15-34418-KRH | Kenneth V. Green and Rena A. Green |
| 15-34427-KLP | John Wesley Pearson and Fannie Mae Pearson |
| 15-34463-KRH | Angie Marie Branch |